UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOURAD KANOUNIAN, | Case No. 2:15-cv-01961-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Mourad Kanounian and Bank of America National Association (Dkt. #7), and Notice of Settlement Between Mourad Kanounian and Equifax Information Services, LLC (Dkt. #9).  The parties advise that a settlement has been reached and that stipulations to dismiss should be filed no later than January 5, 2016. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants Bank of America National Association and Equifax Information Services, LLC shall have until **January 5, 2016,** to file stipulations to dismiss, or a joint status reports advising when the stipulations to dismiss will be filed.

DATED this 17th day of November, 2015.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE