UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MOURAD KANOUNIAN,

                    Plaintiff,

   v.

BANK OF AMERICA, N.A., et al.,

                 Defendants.

Case No. 2:15-cv-01961-APG-PAL

ORDER

Before the court is the Notice of Settlement Between Mourad Kanounian and Seterus, Inc. (Dkt. #12). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed no later than January 19, 2016.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Seterus, Inc. shall have until **January 19, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 23rd day of November, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE