1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOURAD KANOUNIAN, | Case No. 2:15-cv-01961-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

12   Before the court is the Notice of Settlement Between Plaintiff and Chase Bank, N.A.

13   (Dkt. #25). The parties advise that a settlement has been reached and that a stipulation to dismiss

14   should be filed within 60 days.  Accordingly,

15   **IT IS ORDERED** that Plaintiff and Defendant Chase Bank, N.A. shall have until **April**

16   **18, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to

17   dismiss will be filed.

18   DATED this 22nd day of February, 2016.

19
20
21
22
23
24
25
26
27
28

PEGGY ALEEN
UNITED STATES MAGISTRATE JUDGE

1