UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOURAD KANOUNIAN, | Case No. 2:15-cv-01961-APG-PAL |
| Plaintiff, | ORDER |
| v. | (Mot Remove CMECF – Dkt. #26) |
| BANK OF AMERICA, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Before the court is Matthew Knepper's Request to be Removed from CM/ECF Electronic Filing (Dkt. #26). Mr. Knepper is the attorney who represents Defendant Bank of America, National Association. Plaintiff filed a Notice of Voluntary Dismissal (Dkt. #17) of Bank of America on December 14, 2015. As such, Mr. Knepper asks to terminate any future CM/ECF notifications on this matter.

**IT IS ORDERED** that Matthew Knepper's Request to be Removed from CM/ECF Electronic Filing (Dkt. #26) is **GRANTED.**

DATED this 24th day of February, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE