David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Mourad Kanounian

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mourad Kanounian,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, CHASE BANK, NATIONAL ASSOCIATION, SETERUS, INC., EQUIFAX INFORMATIONAL SERVICES, LLC,<br><br>　　　　　　Defendant. | CASE NO. **2:15-cv-01961-APG-PAL**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 2/16/2016, Mourad Kanounian (the "Plaintiff") and CHASE BANK, NATIONAL ASSOCIATION (the "Defendant" or "CHASE")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on February 23, 2016, the Settling Parties were to file dismissal paperwork by April 18, 2016 or provide a status report outlining what is impeding settlement and full resolution in this matter. See Doc. No. 27.

While dismissal paperwork has not yet been filed, the Settling Parties have negotiated the final terms of a proposed settlement agreement. Additional time, however, is required to execute the settlement agreement.

The Settling Parties expect to have the settlement agreement executed and all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted April 18, 2016


/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
***Mourad Kanounian***


   IT IS ORDERED that the parties shall have until May 18, 2016, to file the stipulation to dismiss.

   Dated: April 20, 2016

_____
Peggy A. Leen
United States Magistrate Judge

2

CLAC 2198064.1